KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-ksf@cpdb.com,
       ef-jdg@cpdb.com,
       ef-jjbcpdb.com

Attorneys for
BROADCAST MUSIC, INC., *et al.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI VIRGIN SONGS, INC.; LOUD MOUSE MUSIC; EMI BLACKWOOD MUSIC, INC.; JONES FALLS MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a PENER PIG PUBLISHING; ROADIEODIE MUSIC; SONY/ATV SONGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MP RESTAURANTS, INC. d/b/a SIENNA RESTAURANT; MARK E. PLATT AND KAROLINE T. PLATT, each individually,<br><br>Defendants. | Case No. 2:13-cv-00420-KJM-DAD<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO BE REPRESENTED AT SETTLEMENT CONFERENCE BY COUNSEL**<br><br>Judge: Hon. Carolyn K Delaney<br>Date: March 28, 2014<br>Time: 9:30 a.m.<br>Crtrm.: 24<br><br>Complaint Filed: March 1, 2013<br>Trial Date: January 26, 2015 |

Plaintiffs Broadcast Music, Inc. *et al.* request permission to be represented at the March 28, 2014 Settlement Conference by their Northern California counsel, Karen S. Frank, with a representative of BMI available by telephone.  This request is made in the interests of efficiency and economy, as BMI's representative resides in New York.

For the sake of facilitating settlement, the Court hereby GRANTS the request for Plaintiffs to be represented at the March 28, 2014 Settlement Conference by Ms. Karen S. Frank, with a BMI representative available by telephone.

IT IS SO ORDERED.

Dated:  March 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE